UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANIT MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX,<br><br>    Defendant. | Case No. 2:23-cv-09022-SB-MAR<br><br>ORDER OF DISMISSAL |

On November 1, 2023, the Court dismissed Plaintiff's case with leave to amend for lack of jurisdiction because Plaintiff Johanit Morales failed to demonstrate that he suffered an injury in fact. Dkt. No. 8. The Court gave Plaintiff the opportunity to amend his complaint by November 22, 2023, and warned him that failure to do so would be "*construed as acknowledgment of lack of standing and will result in dismissal of this action without prejudice.*" *Id.* at 2. The November 22 deadline has long passed, and Plaintiff has not filed an amended complaint correcting the defect in his pleading. Accordingly, this action is DISMISSED without prejudice for lack of subject-matter jurisdiction.

A final judgment will be entered separately.

IT IS SO ORDERED.

Date: November 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge