JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANIT MORALES,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX,<br><br>      Defendant. | Case No. 2:23-cv-09022-SB-MAR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED without prejudice for lack of subject-matter jurisdiction.

This is a final judgment.

Date: November 28, 2023

                                                          Stanley Blumenfeld, Jr.
                                                United States District Judge